AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF  NEVADA

JOHN TOLE MOXLEY,

     Petitioner,       JUDGMENT IN A CIVIL CASE
V.

     CASE NUMBER: **3:08-cv-00608-RCJ-RAM**

McDANIELS, et al.,

     Respondents.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus (Docket No. 5) is DENIED.

  November 29, 2010                              **LANCE S. WILSON**
                                                           Clerk

                                                 /s/ Katie Lynn Ogden
                                                         Deputy Clerk