**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOHN TOLE MOXLEY,     )
                             )
         Petitioner,     )     3:08-cv-00608–RCJ-RAM
                             )
vs.                         )
                             )     **ORDER**
McDANIELS, *et al.,*     )
                             )
         Respondents.     )
_____/

      This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding with representation of counsel. Respondents have filed a motion to substitute Renee Baker in place of E.K. McDaniel as a respondent in this action because Baker has succeeded McDaniel as the warden of Ely State Prison.  (ECF No. 33.)  Good cause appearing, respondents' motion is **GRANTED.**  The clerk **SHALL** substitute Renee Baker for E.K. McDaniel as a respondent in this action.

      Dated this 3rd day of August, 2012.

                                      _____
                                  UNITED STATES DISTRICT JUDGE